In the Matter of the Accounting of ALBERT I. SIRE, as Administrator with the Will Annexed of DAVID KUTNER, Deceased, Appellant.

HENRY K. S. WILLIAMS et al., Respondents.

In the Matter of the Accounting of ALBERT I. SIRE, as Executor of ANNA M. KUTNER, Deceased, Appellant.

REVILO H. MOLYNEAUX et al., Respondents.

*Matter of Sire*, 170 App. Div. 952, affirmed.
*Matter of Sire*, 170 App. Div. 952, affirmed.
(Argued January 3, 1916; decided January 18, 1916.)

APPEALS from orders of the Appellate Division of the Supreme Court in the second judicial department, entered October 1, 1915, which affirmed decrees of the Kings County Surrogate's Court sustaining objections to the account of Albert I. Sire, as administrator with the will annexed of David Kutner, deceased, and as executor of Anna M. Kutner, deceased.

*Franklin Bien, William L. Stone* and *Warren S. Burt* for appellant.

*Arleigh Pelham* for respondents.

Orders affirmed, with one bill of costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and SEABURY, JJ.